IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Starsha Sewell, aka
Adele T.
_____Complainant_____

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☒ Yes   ☐ No
              (check one)

-against-

Margaret Weichert
Acting Director
Office of Personnel Management Agency

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Starsha Sewell |
| Street Address | P.O. Box 7073 |
| City and County | Capitol Heights, MD 20791 |
| State and Zip Code | |
| Telephone Number | ~~illegible~~ N/A |
| E-mail Address | N/A |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Margaret Weichert |
| Job or Title (if known) | Acting Director |
| Street Address | 1900 E. Street, N.W., Room 6460 |
| City and County | Washington, DC 20415 |
| State and Zip Code | |
| Telephone Number | N/A |
| E-mail Address (if known) | |

2

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*This action is being brought under the RICO Act 18 USC 1961-1964(C), Pursuant to Data breach alteration of employment records to conceal systemic Fraud, waste and abuse.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _Stwsha Sewell_, is a citizen of the State of *(name)* _Maryland_.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) Margaret Weichert (Ico) OPM, is a citizen of the State of (name) Washington, DC. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   2 million Dollars

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Claim One: Alteration of employment records and use of cyber security Data Breach to conceal unlawful Discrimination in violation of the civil Provision of the RICO Act 18 USC 1961-1964(6). The app plaintiff seeks $500,000(K) for claim one, Count One. See Exhibit 1

Claim Two; Count 2: The Agency failed to comply with the requirements of Executive Orders 13562 and the Director of the office of Federal Operations, changed the statue on the Executive Order to remove the "Conversions Requirement" in violation of the RICO Act. See Exhibit 2, and 3. Exhibit 3 is my insider threat Awareness Certification His pattern of racketeering activity is exuded in Exhibits 4 & 5, Proof of RICO Act 18USC 1961-1964 Injury to Personnel records and Background records - The Plaintiff seeks $500,000 (K)

Claim 3; Count 3: The OPM Director & The office of Federal Operations engaged in Concealment & alteration of employment records and willfully violated congressional legistion simply to conceal the systematic alteration of OPM Policy & A Treasury Career-Patway program to drive out minorities from permanent Careers in federal government due to the agencies non compliance with law and policy but for to cause injury6 the Plaintiff seeks $1,000,000. See Exhibit 6.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I Am Seeking $2,000,000 million, because my records were altered and effected my employment opportunities in Federal Service with Permanent tenuere. I would have 20 years of federal Government service if the Agency would have complied with the rule of law. It is my good faith belief that the record alteration + Data Breach was intentional, because the Agency refused to correct the error.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 21, 2020

Signature of Plaintiff    _Sewell_

Printed Name of Plaintiff    Starsha Sewell

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    N/A
Printed Name of Attorney  N/A
Bar Number                N/A
Name of Law Firm          N/A
Address                   N/A
Telephone Number          N/A
Email Address             N/A